# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LAREY CHARLES ANDERSON, | CASE NO. 3:07CV2337 |
| | |
| | JUDGE CHRISTOPHER A. BOYKO |
| Petitioner, | |
| | |
| v. | **JUDGMENT** |
| | |
| KELLEH KONTEH, Warden, | |
| | |
| Respondent. | |

The Court has filed its OPINION AND ORDER in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

The Court finds that an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915 (a)(3). Further, Petitioner has not made a substantial showing of the denial of a constitutional right; therefore, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253 (c)(2); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

DATE: 5/13/08

_Christopher A. Boyko_
**HONORABLE CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**